UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELICIA SKRYCEK,

    Plaintiff,

v.                                  CASE NO.:  8:17-cv-00846-CEH-AEP

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, pursuant to the Local Rules of this Court, gives notice that the parties have reached a settlement of this matter, and that a stipulation of dismissal will be filed upon the execution of the settlement documents.

                                  Respectfully submitted,

                                    s/   Geoffrey E. Parmer

                                  Geoffrey E. Parmer
                                  Florida Bar No. 989258
                                  THE CONSUMER PROTECTION FIRM
                                  210 South MacDill Avenue, Suite A
                                  Tampa, FL 33609
                                  Tele:  (813) 500-1500
                                  Fax:  (813) 435-2369
                                  Geoff@TheConsumerProtectionFirm.com

## CERTIFICATE OF SERVICE

I hereby certify by signing above that on April 18, 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to counsel for the parties.